# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JENNIFER L. MYERS,**                            CASE NO. 3:24 CV 1390

       Plaintiff,

       v.                                            JUDGE JAMES R. KNEPP II

**COMMISSIONER OF SOCIAL SECURITY,**

                                              **MEMORANDUM OPINION AND**
       Defendant.                          **ORDER**

       Plaintiff Jennifer L. Myers seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge James E. Grimes Jr. for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(2). Judge Grimes recommends this Court remand this case for further proceedings. (Doc. 12).

       Under the relevant statute:

> Within fourteen days of being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

       In this case, the Commissioner filed a response indicating she would not be filing objections to the R&R. (Doc. 14).

Despite the lack of objections, the Court has reviewed Judge Grimes's R&R, and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Grimes's R&R (Doc. 12) as the Order of this Court and REMANDS the case for further proceedings.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: February 12, 2025